**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | 2:06-cr-309-RCJ-PAL |
| v. ) | 2:10-cv-1647-RCJ |
| CARL CHESTER, ) | ORDER |
| Defendant. ) | |

The Court having reviewed Defendant Carl Chester's Motion under 28 U.S.C. § 2255 To Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody (#163) and good cause appearing IT IS ORDERED that Mary L. Wilson is hereby appointed to represent Carl Chester for all further proceeding.

Former counsel Mark Bailus shall forward the file to Ms. Wilson forthwith.

IT IS FURTHER ORDERED that the Government shall file a response to the Motion to Vacate within thirty (30) days from the date of this Order.

DATED this 20th day of December, 2010

Nunc Pro Tunc: December 16, 2010.

_____
UNITED STATES DISTRICT JUDGE