UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

USA

        Plaintiff,

vs.

CARL CHESTER

        Defendant.

District No.   2:06-CR-0309-RCJ-PAL

## ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 25, 2011 this court received a transcript order form dated March 25, 2011 requesting a Transcript of the hearing held on March 21, 2007 from Mrs. Camille Damm, counsel for Plaintiff USA, in which **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this 28th day of March, 2011.

Peggy A. Leen
United States Magistrate Judge