UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| USA<br><br>             Plaintiff,<br><br>vs.<br><br>CARL CHESTER<br><br>             Defendant. | District No.  2:06-CR-309-RCJ-PAL |

### ORDER TEMPORARILY UNSEALING TRANSCRIPT

On March 25, 2011 this court received a transcript order form dated March 25, 2011 requesting a Transcript of the hearing held on November 29, 2006 and July 9, 2007 from Mrs. Camille Damm, counsel for Plaintiff USA., in which a portion of **the hearing is sealed.**

**IT IS THE ORDER OF THE COURT** that the portion of the sealed recording shall be unsealed by the Clerk for the limited purpose of providing a transcript of hearing as requested by Plaintiff Counsel.

**IT IS FURTHER ORDERED** that the portion of the sealed recording shall thereafter be resealed by the Clerk, until further order of this Court.

**IT IS FURTHER ORDERED** that Plaintiff Counsel shall not disclose the sealed contents of the transcript to anyone other than the representatives of the parties directly concerned with this case.

DATED this ___ day of April, 2011.

_____
Peggy A. Leen
United States Magistrate Judge