# EXHIBIT 7

EXHIBIT 7

Chester Invoice     April 21, 2011     Independent Contractor John Whittaker

December 21, 2010    Start case file, read 2255 as filed, take notes for file, contact Mark Bailus to request files, research travel expenses, case discussion with investigator. 3 Hours $150.00

December 22, 2010    Case discussion and strategy, research data base, legal review on LawNet, P.C. to Jessica Taylor listed in case as non-attorney contact. Some split with John. 2 ½ hours $125.00

December 22, 2010    case discussion with Jason on the 2255 Motion and a brief history of the case, ½ hours $25.00

December 23, 2010    more case review and discussion, looking up 2255 Motion and procedures related to it and what has to be filed after it; discuss the grounds in the Motion; 1 hour $50.00 review grounds in the Motion; research 3582 Motion and the Douglas case using the new laws regarding crack cocaine retroactively; review the Federal Public Defender website for the new law passed this summer regarding reducing the penalty for crack cocaine as opposed to powder cocaine; 1 hour $50.00

December 31, 2010    Case law review and discussion with John. 1 hour $50.00

January 3, 2011    call from Rosemary letting me know that, according to her records, Chester has not been assigned yet. She gave me the number for Ruthanne (who asked us to take the case) in Las Vegas. I called Ruthanne and left a voice message for her to call me back and verify that Mary Lou is the attorney on record. .3 hour $15.00

January 4, 2011 Phone call with Ms. Taylor, follow up call to Mark Bailus .3 hour    15.00

January 11, 2011 Phone call with Laura Clark from Judge's office and E-mail from Chester, reply, ½ hour $25.00

January 13, 2011    prepare estimate and memo for services for Rafael to see Chester in Kentucky and file; ½ hour $25.00

January 18, 2011    Phone calls Ms. Taylor and Mark Bailus; ¼ hour $12.50

January 20, 2011    review documents 163-168; case discussion with Jason on procedures for 2255 motions; review Motion 2255 grounds; review direct appeal; compare direct appeal with 2255 to ensure that none of the grounds are procedurally barred; case discussion on the grounds;

4 hours;  $200

January 21, 2011 Work on 2255 and grounds for supplemental with citing. ½ hour        25.00

January 24, 2011 email Chester with follow up from case discussion        ¼ hour        12.50

January 25, 2011     Email communication with Chester and follow up phone call; review the memo re: request for travel; review the itinerary for investigator Rafael Arango to visit Chester; look up Big Sandy visiting regulations and download; email regulations to Rafael Arango; call Rafael Arango to secure dates for him to fly to KY; voice message for Ruthann Schaefer in Vegas to answer a question about the memo re: request for travel and to set a date; call from Ruthann explaining the travel request; complete the travel request form and have Mary Lou sign it; scan and email the request to Ruthann; 1.3 hours $65.00

January 31, 2011     call Ruthann to determine that the approved travel amount doesn't include the airline ticket and that we don't have to use Omega World Travel if we don't want; call Omega World Travel and book a flight with Wendy for airline, hotel, and car; email itinerary to Rafael and fax to Ruthann; 1 hours $50.00

February 7, 2011     Recv. file from Bailus, call Taylor to inform not to send duplicate file, .3 hour $15.00

February 8, 2011     gather documents to give to Rafael when he goes to Kentucky; read through the sentencing transcript to try to determine whether or not Chester is under the 100:1 ratio or 18:1 ratio, as well as the arguments that Bailus made; review files, 13 audio and DVD surveillance recordings, make memo of findings     5 hours $250.00

February 8, 2011     Prepare for prison visit and memo of needed information 1.5 hour 55.00

$1165.00

February 9, 2011     review case file from former counsel Bailus (3 boxes); discuss grounds of 2255 motion with investigator in preparation for his trip to KY to interview Chester; discuss travel arrangements with investigator in preparation for his trip to KY; case research, read files from Bailus, email with Chester     4 hours$200.00

February 10, 2011     Case discussion with investigator before he goes to KY, ½ hour $25.00

12

February 11, 2011    Call from investigator with a couple of questions regarding the 2255 motion; ½ hour $25.00

February 16, 2011    Call from Mark Bailus explaining the affidavit was for the waiver of attorney/client privilege; emailed Chester explaining our conversation; ½ hour $25.00

February 23, 2011    email to Chester regarding the affidavits from Bailus and Green; .3 $15.00

February 24, 2011    Letter to Tracy Adams asking him for any info on Amma and Jim; .5 hours
    Case discussion with Jason and investigator regarding the trip to Kentucky and corresponding interview; 2 hours split with Jason $50.00

March 7, 2011    Call to Rhonda Robinson in Las Vegas because Tracy Davis wanted to know how testifying would affect his appeal. I told her that it wouldn't and what we needed from him. .2 hrs

$1550.00

March 11, 2011    Plan investigation and trip to Las Vegas with Jason; E mail from Chester $50.00

March 23, 2011    Review State's Application for Extension of Time; summarize the motion and email to Chester; print, copy and send motion to Chester; leave a voice message for Jessica noting the motion, the email, and the fact that I'll be in Las Vegas in a couple of weeks and would like to meet; 1 hour split with Jason $50.00

March 29, 2011    Called Jessica Taylor to confirm a meeting with her on Monday, April 4 at 4 pm; spoke to Amma Ashley to find out if she is in Vegas and she informed me that everything was hers and Carl was not guilty. I told Amma that I would call her back next week; wrote a memo of the conversation; tried to reach Rhonda Gibson but her voice mail box was full; .7 hours

Invoice Total……………………………………………………………….. $2,230.00

April 6, 2011, print copies from the government reply, send order to fed ex. Review reply, awaiting exhibits     1.6 hour 80.00

April 7, 2011, emails to and from Chester about filings and copies     4/10 hour 20.00

**April 7, 2011, Invoice from Fedex office for copies saved on PDF original is in folder $51.71**

April 7, 2011 pick up copies and mail to Chester     5/10 hour 25.00

April 8, 2011 Work on reply to response     (s)     3 hours 75.00

April 11, 2011 research case law, email, review gov, response     1 5/10 hour 75.00

381.71