# EXHIBIT 8

EXHIBIT 8

Chester Invoice     3/11/2011-5/31/2011     Mary Lou Wilson, Esq.

March 11, 2011, Plan investigation and trip to Las Vegas and read an email from Chester (this charge neglected to make it onto a prior billing. Per Sharon Harding, I have included it with this invoice)     .5 hour=$62.50

April 25, 2011, Review grounds, response and exhibits to make strategy for reply to response and research case law.     2.8 hours=$350.00

May 2, 2011, call from Jessica Taylor relaying a message and questions from Carl

.1hour=$12.50

May 10, 2011 Case review and strategy with John/Jason     3 hours=$375.00

May 18, 2011 Review Office Jaeger testimony, review original police reports, review surveillance transcripts to incorporate into Reply     2.3 hours=$287.50

May 19, 2011 Continue writing Reply to Response- Arguments     1 hour=$125.00

May 20, 2011, Continue writing Reply to Response- Arguments     1 hour=$125.00

May 22, 2011 Reduce the Reply to 10 pages     1 hour= $125.00

May 23, 2011 Review Reply with John Whittaker     2 hours=$250.00

May 25, 2011 finalize reply, phone calls with Chester, e-filed Reply

1 hour=$125.00

May 31, 2011 Read letter from Chester filed today     .2 hour 25.00

Total  $1862.50 for Fees + $60.15 for Postage = $1922.65