# EXHIBIT 9

EXHIBIT 9

Investigation Invoice    John Whittaker    April 4, 2011 – April 14, 2011

4/4/2011    Case review and discussion with investigator; Interviewed Jessica Taylor regarding her knowledge of the case and people involved in the case;
    2 hours=$100.00

4/5/2011    Interviewed Rhonda Gibson regarding her knowledge of the case and people involved in the case;    2 hours=$100.00

4/9/2011    Wrote memos on interviews with Jessica Taylor and Rhonda Gibson;
    1 hour=$50.00

4/12/2011    Call from Jessica Taylor;    .3 hours=$15.00

4/14/2011    Leave voice message for Jessica Taylor asking her if she has the address for Chester in Atlanta; read and answer two of Chester's 4 emails written in the last few days; print out and mail memos of Jessica Taylor and Rhonda Gibson to Chester in GA;
    .5 hours=$25.00

Total    $290.00