**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|        Plaintiff, ) | |
|        v. ) | 2:06-CR-309-RCJ-PAL |
| ) | **MINUTE ORDER** |
| CARL CHESTER, ) | |
|        Defendant. ) | |
| _____ ) | |

     Currently before the Court are Petitioner Carl Chester's Motion to Vacate Under 28 U.S.C. § 2255 (#248), Motion for Leave to Seek Resolution in § 2255 Proceedings (#249), Motion to File Amendment to 28 U.S.C. § 2255 Motion (#252), Motion for Leave of Court to File a Supplemental Brief Under Rule 15(d) (#253), and Motion for Partial Summary Judgment (#254).

     The Court directs the Government to file an omnibus response to these motions within 45 days from the date of this order.

**CONCLUSION**

     IT IS ORDERED that the Government shall file an omnibus response to Petitioner Carl Chester's motions #248, 249, 252, 253, and 254 within 45 days from the date of this order.

     Dated this 19th day of November, 2013.

_____
United States District Judge