UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO. 14-17293 |
| ) | |
| Plaintiff-Appellee, ) | 2:13-cv-01593-RCJ |
| vs. ) | 2:06-cr-00309-RCJ |
| ) | |
| CARL CHESTER, ) | |
| ) | |
| Defendant-Appellant. ) | ORDER |

Pursuant to the order filed May 14, 2015, by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HEREBY ORDERED that Angela Dows is appointed to represent Carl Chester for this appeal. Ms. Dows's address is 1333 N. Buffalo Dr., Suite 210, Las Vegas, NV 89128 and her phone number is 702-794-4411.

Former counsel, Chad A. Bowers is directed to forward the file to Ms. Dows forthwith.

The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

DATED this 15th day of June, 2015.
Nunc Pro Tunc Date: June 12, 2015

_____
UNITED STATES DISTRICT JUDGE