1
2
3
4
5        **UNITED STATES DISTRICT COURT**
6            **DISTRICT OF NEVADA**
7                    * * *

UNITED STATES OF AMERICA,           )
                                    )        NO. 17-10181
            Plaintiff-Appellee,     )
                                    )
        vs.                         )        2:06-cr-00309-RCJ-PAL-1
                                    )
CARL CHESTER                        )
                                    )
            Defendant-Appellant.    )        **ORDER**
                                    )
_____    )

        Pursuant to the order filed on May 30, 2017,  by the Ninth Circuit Court of Appeals directing the appointment of counsel for appellant, IT IS HERE BY ORDERED that Mario D. Valencia is appointed to represent Carl Chester for this appeal. Mr. Valencia's address is 1055 Whitney Ranch Dr., Suite 220, Henderson, NV 89014 and his phone number is 702-940-2222.

        Former counsel, Angela Dow's office is directed to forward the file to Mr. Valencia forthwith.

        New counsel, Mario D. Valencia, Esq., as well as Petitioner, Carl Chester, shall be served with this Order.

        The clerk is directed to forward a copy of this order to the Clerk of the 9th Circuit Court of Appeals at counselappointment@ca9.uscourts.gov.

        DATED this 18th day of July, 2017.
        Nunc Pro Tunc Date: May 30, 2017

                                        _____
                                        ROBERT C. JONES
                                        UNITED STATES DISTRICT JUDGE