**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| United States of America, | |
| Plaintiff, | Case No. 2:06-CR-00309-RCJ-PAL-1 |
| vs. | **ORDER** |
| Carl Chester, | |
| Defendant. | |

A document requesting a court order must be styled as a motion, not a letter. See FED. R. CIV. P. 7; LR IA 10-1. Letters to a judge will be disregarded. Therefore, the Letter dated February 25, 2019 (ECF No. 404) will be stricken from the record.

**CONCLUSION**

IT IS HEREBY ORDERED that the Letter dated February 25, 2019 (ECF No. 404) is stricken from the record.

IT IS SO ORDERED.

Dated this 6th day of September 2019.

_____
ROBERT C. JONES
United States District Judge