UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| UNITED STATES OF AMERICA, | Case No. 2:06-CR-00309-RCJ |
|---|---|
| Plaintiff, | ORDER |
| v. | |
| CARL CHESTER, | |
| Defendant. | |

According to the Bureau of Prisons ("BOP") inmate database, Defendant Chester is no longer incarcerated. However, Chester has not filed an updated address with this Court. The Court notes that pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." Nev. Loc R. IA 3-1. This Court grants Chester thirty (30) days from the date of entry of this order to file his updated address with this Court. If Chester does not update the Court with his current address **within thirty (30)** days from the date of entry of this order, the Court will dismiss this action with prejudice.

IT IS HEREBY ORDERED that Chester shall file his updated address with the Court with **thirty (30) days** from the date of this order.

DATED this 2nd day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE